IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01697-WYD-MEH

LINDSAY EPPICH,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Responsive Brief to Defendant's Motion to Dismiss and/or for Summary Judgment in Excess of 15 Pages, filed October 3, 2008 (docket #18) is **GRANTED**.

    Dated:  October 3, 2008