IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01697-WYD-MEH

LINDSAY EPPICH,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2008.**

    Defendant's Unopposed Motion to Stay Discovery [filed October 13, 2008; docket #21] is **granted**. All discovery is hereby stayed in this case pending the District Court's ruling on Defendant's Motion to Dismiss and/or for Summary Judgment. The parties are directed to submit a status report within five days of the entry of any order adjudicating the pending Motion to Dismiss and/or for Summary Judgment.