IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01697-PAB-MEH

LINDSAY EPPICH,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois Corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss [Docket No. 37].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion to Dismiss [Docket No. 37] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 1, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer_____
                                          PHILIP A. BRIMMER
                                          United States District Judge